UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pictometry International Corp., | |
| Plaintiff, | No. 6:18-cv-06487 (EAW) |
| - against - | |
| Air America Flight Center, LLC, | |
| Defendant. | |

**NOTICE OF UNOPPOSED MOTION FOR LEAVE TO FILE
UNDER SEAL CERTAIN EXHIBITS TO THE BOOTH DECLARATION**

**TO: THE COURT AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 5.3, Defendant Air America Flight Center, LLC ("AirAmerica") hereby moves this Court for leave to file under seal certain exhibits attached to the Declaration of Melissa M. Booth (ECF No. 23-1), filed in support of AirAmerica's Opposition to Plaintiff's Motion for a Preliminary Injunction and AirAmerica's Opposition to Plaintiff's Motion for Expedited Discovery. The material to be sealed and basis for sealing is identified with specificity in the Unopposed Motion for Leave to File under Seal Certain Exhibits to the Booth Declaration and the Declaration of Michael R. Huttenlocher in Support, which are being submitted to the Court.

Plaintiffs do not oppose Defendant's motion.

Dated: July 24, 2018

Respectfully Submitted,

*/s/ Michael R. Huttenlocher*
Michael R. Huttenlocher
Joseph B. Evans (*admission pending*)
Greer Griffith (*admission pending*)
MCDERMOTT WILL & EMERY LLP

340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444
mhuttenlocher@mwe.com
jbevans@mwe.com
ggriffith@mwe.com

*Attorneys for Air America Flight
Center, LLC*

## CERTIFICATE OF SERVICE

I, Michael R. Huttenlocher, an attorney, hereby certify that on July 24, 2018, I served a copy of the complete motion to seal by e-mail upon the following attorneys for plaintiff:

1. Ashley E. Littlefield - ashley.littefield@kirkland.com
2. Austin Klar - austin.klar@kirkland.com
3. Mark McKane - mark.mckane@kirkland.com
4. Tony R. Sears - tsears@wardgreenberg.com
5. Thomas S. D'Antonio - tdantonio@wardgreenberg.com

/s/ Michael R. Huttenlocher

Michael R. Huttenlocher