**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PICTOMETRY INTERNATIONAL CORP., | Civil Action No. 6:18-cv-06487-EAW |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO SEAL** |
| v. | |
| AIR AMERICA FLIGHT CENTER LLC, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that, upon the Declaration of Austin L. Klar in Support of Motion to Seal, executed on July 25, 2018 ("Klar Decl."), Plaintiff Pictometry International Corp., ("Pictometry"), will move this Court before the Hon. Elizabeth Wolford, United States District Judge, at the United States Courthouse, 100 State Street, Rochester, New York, on a date and time to be determined by the Court, pursuant to Rule 5.2 of the Federal Rule of Civil Procedure, and Local Rule 5.3 of the United States District Court for the Western District of New York, for an order directing that Exhibit 1 to the Reply Declaration of Frank Giuffrida in Further Support Plaintiff Pictometry International Corp.'s Motion for Preliminary Injunction ("Giuffrida Reply Declaration"), dated July 25, 2018, which contains the confidential terms of the Development, License, and Royalty Agreement ("Spookfish Agreement"), dated May 17, 2016, be placed under seal. A copy of the Spookfish Agreement is attached hereto as **Exhibit A**.

The terms of the Spookfish Agreement are confidential and contain sensitive business information, including a product roadmap describing proprietary systems to be developed and the timeline for such development. Klar Decl. ¶ 3. The Spookfish Agreement contains a provision deeming its terms and conditions to be "Confidential Information," subject to non-disclosure

requirements to protect the confidential and proprietary information reflected in the Spookfish Agreement. *Id.*

Courts routinely seal such documents, particularly where one of the contract parties is not a party to the litigation, as is the case here. *See Durlak v. Medtronic, Inc.*, No. 11-CV-234S, 2012 WL 2838764 at *1 (W.D.N.Y. July 10, 2012) (granting motion to seal a settlement agreement that contained confidentiality provisions); *GoSMiLE, Inc. v. Dr. Jonathan Levine, D.M.D. P.C.*, 769 F. Supp. 2d 630, 649-50 (S.D.N.Y. 2011) (granting motion to seal exhibits containing "highly proprietary material concerning defendants' . . . product development"); *see also China Falcon Flying Ltd. v. Dassault Falcon Jet Corp.*, No. CV156210KMMAH, 2017 WL 6638204 at *2 (D.N.J. Dec. 29, 2017) (granting motion to seal agreements with third parties because there is a "legitimate private interest in keeping confidential business agreements…confidential").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 7(a) of the Local Rules of Civil Procedure for the United States District Court for the Western District of New York, Plaintiff intends to file and serve reply papers to any opposition. However, Plaintiff's counsel met and conferred with counsel for Defendant Air America Flight Center LLC, who indicated that they do not intend to oppose this motion.

2

Dated: July 25, 2018                    WARD GREENBERG HELLER & REIDY LLP

                                        By: s/ *Tony R. Sears*
                                        _____
                                              Thomas S. D'Antonio
                                              Tony R. Sears


                                        1800 Bausch & Lomb Place
                                        Rochester, New York 14604
                                        Telephone: (585) 454-0700
                                        Facsimile: (585) 423-5910
                                        tdantonio@wardgreenberg.com
                                        tsears@wardgreenberg.com


                                        KIRKLAND & ELLIS LLP
                                        Mark McKane, P.C. (admitted *pro hac vice*)
                                        Ashley Littlefield (admitted *pro hac vice*)
                                        555 California Street
                                        San Francisco, CA 94104
                                        Telephone: (415) 439-1400
                                        Facsimile: (415) 439-1500
                                        mark.mckane@kirkland.com
                                        ashley.littlefield@kirkland.com

                                        *Attorneys for Plaintiff*
                                        PICTOMETRY INTERNATIONAL CORP.

3