UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————

Pictometry International Corp.

                    Plaintiff,

          v.                                        Case No. 6:18-CV-6487 (EAW) (JWF)

Air America Flight Center LLC,

                    Defendant.

———————————————————————

Air America Flight Center, LLC,

                    Plaintiff,

          v.                                        Case No. 6:18-CV-6637 (EAW)

Eagle View Technologies, Inc., Sandhills
Aviation LLC, and Steven W. Sherwood,

                    Defendants.

———————————————————————

**Stipulation and Order Consolidating Actions**

WHEREAS, the above-captioned actions (the "Actions") are pending before the Court and involve common questions of law and fact, as well as a common party (Air America Flight Center, LLC);

WHEREAS, the parties to the Actions have agreed to consolidation of the Actions pursuant to Federal Rule of Civil Procedure 42;

WHEREAS, such agreement to consolidation is made without prejudice to or impact upon the pending motions to dismiss that have been filed by plaintiff and counterclaim defendant Pictometry International Corp., and by Eagle View Technologies, Inc., Sandhills

1

Aviation LLC, and Steven W. Sherwood, which upon consolidation would become third-party defendants in what will be identified as the Third-Party Action;

NOW, THEREFORE, the parties hereby stipulate, and the Court hereby orders, that the Actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a)(2).  It is further

ORDERED that the caption of the consolidated action will be deemed to have been amended to reflect the relative positions of the parties, in the following manner:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

Pictometry International Corp.

                    Plaintiff,

          v.                                              Case No. 6:18-CV-6487(EAW)(JWF)

Air America Flight Center LLC,

                    Defendant.
_____

Air America Flight Center, LLC,

                    Third-Party Plaintiff,

          v.                                              Case No. 6:18-CV-6637 (EAW)

Eagle View Technologies, Inc., Sandhills
Aviation LLC, and Steven W. Sherwood,

                    Third-Party Defendants.
_____

The Clerk of the Court is hereby directed to consolidate the Actions, and designate 18-CV-6487 as the lead case. All further filings shall be made under case number 18-CV-6487.

Dated:  February 7, 2019               McDERMOTT WILL & EMERY LLP

                                        s/ Michael R. Huttenlocher
Michael R. Huttenlocher
Joseph B. Evans
Greer Griffith
*Attorneys for Plaintiff/Defendant*
*Air America Flight Center, LLC*
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
mhuttenlocher@mwe.com
jbevans@mwe.com
ggriffith@mwe.com


Dated:  February 7, 2019               WARD GREENBERG HELLER & REIDY LLP

                                        s/ Thomas S. D'Antonio
Thomas S. D'Antonio
Tony R. Sears
*Attorneys for Plaintiff/Counterclaim-Defendant*
*Pictometry International Corp. and*
*Defendant Eagle View Technologies, Inc.*
1800 Bausch & Lomb Place
Rochester, New York 14604
Telephone: (585) 454-0700
Facsimile: (585) 423-5910
tdantonio@wardgreenberg.com
tsears@wardgreenberg.com

Dated: February 7, 2019                    LECLAIR KORONA COLE LLP

                                           _____ s/ Paul L. Leclair _____
                                           Paul L. Leclair
                                           Jeremy M. Sher
                                           *Attorneys for Defendants*
                                           *Sandhills Aviation LLC and Steven W. Sherwood*
                                           28 E. Main Street, Suite 1500
                                           Rochester, New York 14614
                                           Telephone: (585) 327-4100
                                           Facsimile: (585) 327-4200
                                           pleclair@leclairkorona.com
                                           jsher@leclairkorona.com

SO ORDERED.

Dated: _____, 2019               _____
                                           Hon. Elizabeth A. Wolford
                                           United States District Court Judge