UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



Pictometry International Corp.

                        Plaintiff,                  **ORDER**

v.                                         6:18-CV-6487 (EAW) (JWF)

Air America Flight Center LLC,

                        Defendant.

---

Air America Flight Center, LLC,

                        Plaintiff,

v.                                         6:18-CV-6637 (EAW)

Eagle View Technologies, Inc., Sandhills
Aviation LLC, and Steven W. Sherwood,

                        Defendants.

---

WHEREAS, the above-captioned actions (the "Actions") are pending before the Court and involve common questions of law and fact, as well as a common party (Air America Flight Center, LLC);

WHEREAS, the parties to the Actions have agreed to consolidation of the Actions pursuant to Federal Rule of Civil Procedure 42;

WHEREAS, such agreement to consolidation is made without prejudice to or impact upon the pending motions to dismiss that have been filed by plaintiff and counterclaim defendant Pictometry International Corp., and by Eagle View Technologies, Inc., Sandhills

- 1 -

Aviation LLC, and Steven W. Sherwood, which upon consolidation would become third-party defendants in what will be identified as the Third-Party Action; and

WHEREAS, the parties have submitted a stipulation with respect to the above-referenced terms of consolidation (18-CV-6487, Dkt. 68; 18-CV-6637, Dkt. 25),

NOW, THEREFORE, the Court hereby orders, that the Actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a)(2). It is further

ORDERED that the caption of the consolidated action will be deemed to have been amended to reflect the relative positions of the parties, in the following manner:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Pictometry International Corp.

               Plaintiff,

v.                                                                                    6:18-CV-6487(EAW)(JWF)

Air America Flight Center LLC,

               Defendant.

---

Air America Flight Center, LLC,

               Third-Party Plaintiff,

v.

Eagle View Technologies, Inc., Sandhills
Aviation LLC, and Steven W. Sherwood,

               Third-Party Defendants.

---

The Clerk of Court is hereby directed to consolidate the Actions under case number 18-CV-6487. All further filings shall be made under case number 18-CV-6487. The Clerk of Court shall administratively terminate case number 18-CV-6637.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated: February 8, 2019
       Rochester, New York